**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  Plaintiff,  v.  Felix Higuera-Rojas,  Defendant. | MAGISTRATE NO. 08-0291-4-M  **Order Re: Extending Time to Indict** |

The Court has received and considered Defendant's Motion to Extend Time to Indict, docket #12, which inaccurately sets forth the Defendant has been charged with 8 U.S.C. §1326 and the Government responded in same, docket #13, when the Defendant has actually been charged with 8 U.S.C. §1324. Thereafter, the Government filed another Response to Defendant's Motion, reflecting the correct charge of 8 U.S.C. §1324.

**IT IS ORDERED denying without prejudice** Defendant's Motion to Extend Time to Indict, docket #12.

**IT IS FURTHER ORDERED** that defense counsel shall use proper capitalization in all future captions as mandated by LRCrim 12.1 and LRCiv 7.1(a)(3).

DATED this 28th day of July, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge